■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY MAHABIR, Appellant. [741 NYS2d 707] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered February 16, 2001, convicting him of sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support the conviction is unpreserved for appel-

late review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Florio, J.P., Smith, Luciano and H. Miller, JJ., concur.